Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PEPSI-COLA SALES and DISTRIBUTION, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-0078 JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including March 11, 2021.

IT IS SO ORDERED.

DATED this 1st day of March, 2021.

Honorable James L Robart

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

*Presented by*:

Molly Gabel
Seyfarth Shaw LLP
999 3rd Avenue, Suite 4700
Seattle, WA 98104
P: (206) 946-4909
F: (206) 299-6567
mgabel@seyfarth.com

*Approved as to form*:

Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, Ste. 300
Seattle, WA 98119
P: (206) 285-3610
F: (206) 285-8925
rjr@rmbllaw.com

ORDER - 2
(CASE NO 2:21CV-0078 JLR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

68382142v.1