THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEPSI-COLA SALES and DISTRIBUTION, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:21-cv-00078 JLR <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO EXTEND FRCP 26 DEADLINES |

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including April 22, 2021.

IT IS FURTHER ORDERED that the Court is re-setting the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 04/27/2021 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 05/11/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 05/18/2021 |

ORDER - 1
(CASE NO. 2:21-CV-00078 JLR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

68382142v.4

IT IS SO ORDERED.

DATED this 9th day of April, 2021.

*[signature]*

Honorable James L Robart
United States District Judge

*Presented by*:

Molly Gabel
Seyfarth Shaw LLP
999 3rd Avenue, Suite 4700
Seattle, WA 98104
P: (206) 946-4910
F: (206) 946-4901
mgabel@seyfarth.com

*Approved as to form*:

Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, Ste. 300
Seattle, WA 98119
P: (206) 285-3610
F: (206) 285-8925
rjr@rmbllaw.com

ORDER - 2
(CASE NO 2:21CV-00078 JLR)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

68382142v.4